# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd St., New York, NY 10017   Tel: (212) 490-3000   Fax: (212) 490-3038

*New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago*
*White Plains, NY • Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • London*
*Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich*

www.wemed.com



July 16, 2008

**VIA CERTIFIED MAIL**
The Honorable Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St., Room 650
New York, New York 10007

MEMO ENDORSED

    Re:    Elfenbein v. Bronx Lebanon Hospital Center et al.
           Docket No.: 08 cv 5382 (RMB)(JCF)
           Our File No. :  08981.00050

Dear Judge Berman:

       We represent defendants in the above referenced action. In accordance with the Individual Practices of Hon. Richard M. Berman Rule 1(E), defendants respectfully request an adjournment of the pre-trial conference originally scheduled for July 23, 2008 at 9:30 a.m. Defendants respectfully request that the pre-trial conference be adjourned to August 20, 2008 at 9:30 a.m. This is defendants' first request for an adjournment. Counsel for plaintiff consents to the adjournment.

       Thank you for your courtesies in this matter. Please contact me if you have any questions.

                                  Respectfully submitted,

                    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                William F. Cusack III

WFC/jd

cc:    Selena Griffin-Mahon (via regular mail)
       Ira A. Sturm, Esq. (via regular mail)

Conference adjourned to 8/20/08 at 9:30 a.m.

SO ORDERED:
Date: 7/21/08
Richard M. Berman, U.S.D.J.

3294833.1