UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

EIFENBEIN            Plaintiff(s),

-v-                                          08 CV. 5382 (RMB)

Bronx Lebanon Hospital, etc
                     Defendant(s).
------------------------------------------------------------X

Case Management Plan

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)     Joinder of additional parties by   N/A

(ii)    Amend the pleadings by   9/22/08 (or motion to dismiss will be filed)

(iii)   All discovery to be expeditiously completed by ~~July 31, 2009~~ 12/22/08

(iv)    Consent to Proceed before Magistrate Judge _____

(v)     Status of settlement discussions   NONE  12/23/08 @ 9:30 with principals

Sections vi through xi will be set at conference with the Court.

(vi)    Motions _____

(vii)   Oral Argument _____

(viii)  Joint Pre-Trial Order to be submitted by _____

(ix)    Final Pre-Trial Conference _____

(x)     Trial _____

(xi)    Other _____

SO ORDERED: New York, New York
            8/20/08

                                        RMB
                                        Hon. Richard M. Berman, U.S.D.J.